# EXHIBIT A



DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE   |   NEW ORLEANS

800.222.2766  
tel 214.521.3605  
fax 214.520.1181  

3102 Oak Lawn Avenue  
Suite 1100  
Dallas, TX 75219-4281

September 2, 2016

Mr. Manasseh A. Philip  
A# 026899298  
W2-A107-1L  
Adelanto Detention Facility West  
10250 Rancho Road  
Adelanto, CA 92301  
**VIA FEDERAL EXPRESS: 777149207298**

Re:   *Rodriguez-Rodriguez, et al. v. Big Bird Tree Service, Inc., et al*; Cause No. 3:15-cv-3815-N, in the United States District Court for the Northern District of Texas

Dear Mr. Philip:

Big Bird Tree Services has agreed to allow conditional certification of a collective action and notice to issue to its employees so they may participate in this case. We previously requested your position on this type of motion, but did not hear back from you. Accordingly, please let us know by September 9, 2016 at 5:00 pm if you have any opposition. If we do not hear from you by that time, we will assume you are in agreement.

We can be reached by:

- Mail: 3102 Oak Lawn Ave., Suite 1100, Dallas, TX 75219
- Phone: (214)-521-3605
- Facsimile: (214)-520-1181
- Email: avaught@baronbudd.com

Thank you for your time and attention in this matter.

Respectfully,

*[signature]*

Allen R. Vaught

App. p. 1



September 12,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **777149207298**.

| **Delivery Information:** | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | S.SORENSEN | **Delivery location:** | ADELANTO, CA |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Sep 6, 2016 12:48 |
| **Special Handling:** | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

| **Shipping Information:** | | | |
|---|---|---|---|
| **Tracking number:** | 777149207298 | **Ship date:** | Sep 2, 2016 |
| | | **Weight:** | 0.5 lbs/0.2 kg |
| **Recipient:** | | **Shipper:** | |
| ADELANTO, CA US | | Dallas, TX US | |
| **Reference** | | 16 10518 1 | |

Thank you for choosing FedEx.

App. p. 2