IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMILIANO RODRIGUEZ-RODRIGUEZ, *et al*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 3:15-cv-3815-L |
| | § | |
| BIG BIRD TREE SERVICE, INC., *et al*, | § § | |
| Defendants. | § | |

**NOTICE OF MAILING OF NOTICES OF PENDENCY OF FLSA
LAWSUIT TO COLLECTIVE ACTION MEMBERS**

On this day, October 20, 2016, notices of the pendency of this conditionally certified FLSA collective action were transmitted to identified current and former employees of Defendants so that they will have the opportunity to opt-in to this lawsuit. Pursuant to this Court's Order, ECF Doc. 77, the 60 day opt-in period shall begin to run 3 days after today, and will close on December 22, 2016.

Respectfully submitted,

By:   s/ Allen Vaught
   Allen R. Vaught, TX Bar No. 24004966
   Melinda Arbuckle, TX Bar No. 24080773
   Farsheed Fozouni, TX Bar No. 24097705
   BARON & BUDD, P.C.
   3102 Oak Lawn Avenue, Suite 1100
   Dallas, Texas 75219
   (214) 521-3605 – Telephone
   (214) 520-1181 – Facsimile
   avaught@baronbudd.com
   marbuckl@baronbudd.com
   ffozouni@baronbudd.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

On October 20, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

I further certify that Manasseh A. Philip was served with this filing via First Class U.S. Mail by placing same in an official repository of the U.S. Postal Service on October 20, 2016 using the address on file with the court: Mr. Manasseh A. Philip, A#26899298, # W-2-A107-IL, 10250 Rancho Road, Adelanto, CA 92301 and cc to Ernest Jack Hill, III, 9411 South Central Blvd, Los Angeles, CA 90002. However, in researching Mr. Philip's current whereabouts, it appears he has been moved to a different detention center, and therefore another copy of this filing was sent to him via First Class U.S. mail at Theo Lacy Facility, 501 The City Drive South, Orange, CA 92868.

s/Allen R. Vaught  
Allen R. Vaught